UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liqun Chen,<br><br>                    Petitioner,<br><br>          -against-<br><br>Kristi Noem et al.,<br><br>                    Respondents. | 26-CV-1109 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the petition for a writ of habeas corpus. Dkt. 4. Respondents should respond to the petition via letter today, **Tuesday, February 10, 2026**. In that response, respondents should explain why, given the circumstances in the petition, petitioner should not be released if this Court's decision in *J.G.O. v. Francis* is applicable. 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025). Petitioner may file any letter reply tomorrow, **Wednesday, February 11, 2026**.

To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, to preserve counsel's access to Petitioner and facilitate resolution of the Petition, **Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court**. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205-WJM-STV, 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117-BLF, 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

          SO ORDERED.

Dated: February 10, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge