UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Liqun Chen,<br><br>      Petitioner,<br><br>  -against-<br><br>Kristi Noem et al.,<br><br>      Respondents. | 26-CV-1109 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: February 26, 2026
     New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge